# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MAURICIO TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 11-23021-CIV-KING |
| v. ) | |
| ) | |
| MONARCH RECOVERY ) | |
| MANAGEMENT, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, MAURICIO TORRES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 45 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                                                         RESPECTFULLY SUBMITTED,

                                                  By:  /s/ Shireen Hormozdi
                                                       Shireen Hormozdi
                                                       Krohn & Moss, Ltd
                                                      10474 Santa Monica Blvd., Suite 401
                                                     Los Angeles, CA 90025
                                                     Phone:  (323) 988-2400 ext. 267
                                                     Fax:    (866) 802-0021
                                                     Attorney for Plaintiff
                                                     FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to the following email for Attorney Craig Hudson at CSHudson@MDWCG.com.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff