# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MAURICIO TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY<br>MANAGEMENT, INC.<br><br>    Defendant. | CASE NO: 11-23021-CIV-KING |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, MAURICIO TORRES, and Defendant, MONARCH RECOVERY MANAGEMENT, INC, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, MAURICIO TORRES, against Defendant, MONARCH RECOVERY MANAGEMENT, INC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: September 25, 2012                        RESPECTFULLY SUBMITTED,

                                                    By: /s/ Shireen Hormozdi
                                                             Shireen Hormozdi, Esq.
                                                              FBN: 0882461
                                                              Krohn & Moss, Ltd
                                                              10474 Santa Monica Blvd.,
                                                              Suite 401
                                                              Los Angeles, CA 90025
                                                              Phone: (323) 988-2400
                                                              Fax: (866) 861-1390
                                                              shormozdi@consumerlawcenter.com
                                                              Attorney for Plaintiff
                                                              MAURICIO TORRES

Dated:  September 25, 2012                           RESPECTFULLY SUBMITTED,

                    By:  /s/Craig S. Hudson
                     Craig S. Hudson
                     Marshall Dennehey Warner Coleman Goggin
                     1 East Broward Boulevard
                     Suite 500
                     Fort Lauderdale, FL 33301
                     954-847-4920
                     954-627-6640 (fax)
                     cshudson@mdwcg.com
                     Attorneys for Defendant.