UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAURICIO TORRES,                )
                                )
        Plaintiff,               )
                                )   CASE NO: 11-23021-CIV-KING
    v.                          )
                                )
MONARCH RECOVERY                )
MANAGEMENT, INC.                )
                                )
        Defendant.               )

## [~~PROPOSED~~] ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

IT IS SO ORDERED.

Dated: 9/26/2012

_____
The Honorable Judge
United States District Judge